## REALTY TRUST COMPANY *et al.* *v.* SMITH & SWINNEY.

FISH, C. J. The assignments of error on alleged misinstructions to the jury, when considered in connection with the entire charge given, show no cause for the grant of a new trial. There was evidence to authorize the verdict. The refusal of a new trial was not error.

*Judgment affirmed. All the Justices concur.*

DECEMBER 13, 1916.

Complaint. Before Judge Bell. Fulton superior court. September 25, 1915.

*McDaniel & Black,* for plaintiffs in error.

*Hill & Wright,* contra.